**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00718-CV

———————————

**AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, Appellant**

**V.**

**DUSTIN MCFADDEN, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-66308**

---

## MEMORANDUM OPINION

Appellant American Financial Security Life Insurance Company filed its notice of appeal on September 5, 2025. Appellant did not pay its appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court,

in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified appellant that unless it paid the appellate filing fee by October 30, 2025, its appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, appellant has not responded to the Clerk's notice, nor paid the appellate filing fee or established indigence for purposes of appellate costs.

Appellant also failed to pay, or make arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1. We notified appellant that its appeal could be dismissed for want of prosecution if the clerk's record was not filed. *See* TEX. R. APP. P. 37.3(a), (b). We directed appellant to submit written evidence from the trial court clerk by November 17, 2025, reflecting it paid, or made arrangements to pay, the fee for preparing the clerk's record. To date, appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.